IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTRA REALTY COMPANY, INC., and LEBO REALTY, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>KAPLAN HIGHER EDUCATION CORPORATION,<br><br>Defendant. | 1:19-cv-977<br><br>Hon. John E. Jones III |

## ORDER

### August 7, 2019

Presently before this Court is Defendant Kaplan Higher Education Corporation's Motion to Dismiss for Failure to State a Claim. (Doc. 4). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Kaplan Higher Education Corporation's Motion to Dismiss, (Doc. 4), is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge